IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                            Civ. No. 1:17-cv-01001-JHR-KBM

$149,750.00 IN UNITED STATES CURRENCY,

    *Defendant-in-rem.*

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

The United States, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, moves this Court to enter default judgment, which orders forfeiture of all right, title and interest in the Defendant Property to the United States. The grounds for this motion are as follows:

1. The United States adopts by reference the statements in the Request for Clerk's Entry of Default (Praecipe)(Doc. 4) as authorized by Rule 10(c) of the Federal Rules of Civil Procedure.

2. Pursuant to the Request for Clerk's Entry of Default, the Clerk of the Court has entered default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. 6).

3. The United States is entitled to default judgment and forfeiture of the Defendant Property as a matter of law.

                                                                    Respectfully Submitted,

                                                                    JOHN C. ANDERSON
                                                                    United States Attorney

                                                               *Electronically filed May 24, 2018*
                                                                    STEPHEN R. KOTZ
                                                                    Assistant U.S. Attorney
                                                                    P.O. Box 607
                                                                    Albuquerque, NM   87103
                                                                    (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

          */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney